Supreme Court

In the Matter of Angelo A. Mosca, III.                No. 2017-265-M.P.
                                                        No. 2017-323-M.P.

ORDER

On or about October 26, 2017, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure, the respondent filed an affidavit with this Court's Disciplinary Board setting forth that he is aware he is the subject of an investigation of professional misconduct. The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment and that he is fully aware of the implications of submitting his consent. On November 22, 2017, Disciplinary Counsel filed the respondent's affidavit with the Court.

Upon review of the respondent's affidavit, we deem that an order disbarring the respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged, and decreed, that the respondent, Angelo A. Mosca, III, be and is hereby disbarred on consent from engaging in the practice of law.

Entered as an Order of this Court this 4th Day of December, 2017.

By Order,

_____/s/_____
Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPREME COURT – CLERK'S OFFICE

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Angelo A. Mosca, III. | |
| **Case Number** | No. 2017-265-M.P.<br>No. 2017-323-M.P. | |
| **Date Order Filed** | December 4, 2017 | |
| **Justices** | Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer From Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>David D. Curtin<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Angelo A. Mosca, III, Pro Se | |